UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SINGLETON,<br><br>            Petitioner,<br><br>v.<br><br>SANTA RITA COUNTY JAIL et al,<br><br>            Respondent. | Case Number: C07-5969 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duane A. Singleton ALX572
Santa Rita County Jail
5325 Broder Blvd
Dublin, CA 94568

Dated: February 13, 2008

                                        Richard W. Wieking, Clerk
                                        By: Cora Klein, Deputy Clerk

                                        *Cora Klein* (signature)