IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT
OF CALIFORNIA

FILED

FEB 2 - 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DUANE A. SINGLETON,
            Petitioner,

VS.                          No. C07 5969
                             VRW (PR)

SANTA RITA Co. Jail,
            Respondent.

REQUEST
TO HAVE
# 6 FILING
DATE CHANGED
TO REFLECT
DEC. 24, 2007
AS THE GERMANE
FILING DATE VIA
THE RELEVANT
"MAILBOX" RULE

ALBERT, THE PRISONER

1 of 3.



MAILBOX RULE, AS APPLIED
TO APPEALS, A PRO-SE PRISONER IS
DEEMED TO HAVE FILED
HIS (HER) NOTICE OF
APPEAL AT THE TIME
THE PAPER... EXCERPT
PROPERLY ADDRESSED, TO
THE PROPER PRISON
AUTHORITIES TO BE
FORWARDED TO THE CLERK
OF THE COURT. SEE
FORD V. HUBBARD, 330
F.3d 1086 (9th Cir. 2003);
HUIZAR V. CAREY, 273
F.3d 1220 (9th Cir. 2001);
SAFFOLD V. NEWLAND,
224 F.3d 1087 (9th Cir. 2000)
... SAME STANDARD SHAM
... REFER UNTO EXHIBIT J,
C.F.R., GERMANE, AND

2 of 3.

MATERIAL VERIFICATION
VIA "MAILBOX RULE." A
AND EXHIBIT .....
THE RELEVANT AND ...
# 6. .... ATTACH ...
BEEN EXPLICITLY VIA THE
AND WHOLE VIA THE
COURT. AND HONORING
SAID "MAILBOX RULE."

I, the undersigned, hereby
certify that the herein
contained facts are true, &
correct. This device was
executed on Jan. 15th, 2008
at DUBLIN, CA.

Mr. Duane A. [signature]

3 of 3.

EXHIBIT (A.)

# VERIFICATION

I , Rporter #1869

DED ON DEC. 24 , 2007
OBTAIN LEGAL COUNSEL.
- NAMELY, NO. C07
5969 VRW (PR) NOTICE
OF CAUSE IN SUPPORT
OF (" EFP") UNDER 28
USC 8 1915 . FROM
C/M, SINGLETON. TX572
ADDRESSED AS FoLLoWS:
U.S. Dist.Ct. NORTHERN
Dist. Ct. 450 Golden Gate AVE
Box 36060 S.F., CA., 94102.,
ST. d CA., ESg., GENERAL

UNDER THE MAIL BOX
RULE (i.e., FILING DATE
SHALL BE DATE TURNED
OVER TO CUSTODY USA
MAILANE.).

X Plumber #1869

EXHIBIT B.)

C.C.

NO. C07 5969 VRW (EPR)

## PROOF OF SERVICE BY MAIL

05 JAN -7 PM 1: 19

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DUANE A. SINGLETON _____, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is

DUANE A. SINGLETON, ALX 572/5325
Broder Blvd. Dublin CA. 94568

and I am a resident of, or employed in, Alameda County, California.

On the date of 12/24/07 _____ I served the NOTICE OF
CAUSE IN SUPPORT OF ("IFP")
UNDER 28 USC § 1915

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at

(location) Santa Rita (a. Jail, (city) Dublin

Alameda County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

U.S. Dist. Ct. NORTHERN Dist of CA.,
450 Golden Gate Ave Box 36060
S.F. CA. 94102 ; St. of Calif., ESQ.
GENERAL 455 Golden Gate Ave
#11000 S.F. CA. 94102-3658

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/24/07 _____

DUANE A. SINGLETON
(Signature of person mailing)

(Name of person mailing, typed or printed)



IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DIST. DISC-T
CALIFORNIA

FILED

JAN 0 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUAN G. SINGLETON,
Petitioner,

US.

No. C07 5969
VRW (PR)

SANTA RITA Co. JAIL,
Respondent.

NOTICE OF
CAUSE IN
SUPPORT OF
"IFP" UNDER
28 USCS
1915.

PETITIONER, SHALL BE
EFFECTIVE OR CLAIM
PROVIDES OF HIS
NECESSARY APPEARABLE,

1 of 3.





3 of 3.

*C.C.*
*No. C07 5969 VRW(PR)*

## PROOF OF SERVICE BY MAIL

I, *DUANE A. SINGLETON*, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is
*DUANE A. SINGLETON, AIX572/5325 Broder Blvd. Dublin, CA. 94568*

and I am a resident of, or employed in, *Alameda* County, California.

On the date of _____ I served the *REQUEST TO HAVE #6 FILING DATE CHANGED TO REFLECT Dec. 24, 07, & EXHIBITS A). & B.).*
(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at
(location) *Santa Rita(G.Jr)*, (city) *Dublin*,
*Alameda* County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

*US Dist. Ct. Northern Dist of CA., 450 Golden Gate Ave Box 36060 S.F., CA. 94102 ∘ St. of Calif. ESQ. General 455 Golden Gate Ave. # 11000 S.F. CA. 94102-3664*

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: *Feb      2008*

*DUANE A. SINGLETON*
(Signature of person mailing)
*Duane A. Singleton*
(Name of person mailing, typed or printed)