FILED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(RE: 3:07-CV-05969-VRW)

DEAR COURT CLERK,

BE NOW ADVISED OF MY NEW ADDRESS: Mr. DUANE A. SINGLETON, C.D.C.# G07113 / San Quentin State Prison / San Quentin, CA. 94964. AND THE NEW RESPONDENT IS R. AYERS / WARDEN. PLEASE DO NOW ACKNOWLEDGE ME. AS TO WHO EXACTLY DO I TRUST & NOW

C.C.

1 of 2.

SERVE VIA ALL FURTHER COMMUNICAT-
IONS WITH THE COURT.

SINCERELY

*[signature]*

Feb. 23, 2008

2 ¢ 2.

