Feb. 28, 2008

**FILED**
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
FEB 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR COURT CLERK

VIA CASE ≈:07-CU-05969-VRW DOC. 7

I AM NOW REQUESTING THAT YOU, PRESENTLY SUPPLY ME, WITH THE CURRENT AND GERMANE NAME AND MAILING ADDRESS OF RESPONDENT'S COUNSEL.

Mr. Duane A. [signature]
1 of 1.

G.C.



MR. QUANE B. SINGLETON, AUX572
Santa Rita Co. Jail
5325 Broder Blvd.
Dublin, CA 94568

CONFIDENTIAL LEGAL MAIL

OFF. OF THE CLK, U.S. DIST. CT.
NORTHERN DIST. OF CA
450 Golden Gate Ave
S.F., CA, 94102