CASE 3:07-CV-05969 VRW

RECEIVED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR COURT CLERK MADAM/SIR,

PLEASE FIND THE ENCLOSED PROOF OF SERVICE BY MAIL VIA MY SERVE'EN THE ST. ATT. GEN. AS TO MY NEW ADD. & NEW RESPONDENT.

SINCERELY

Mr. [signature]

MAR. 5th, 2008

1 of 1.

C.o.C.

3:07-CV-05969-VRW

# PROOF OF SERVICE BY MAIL

I, D.A. SINGLETON, declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is

DUANE A. SINGLETON, G07113
San Quentin, CA. 94964.

and I am a resident of, or employed in, MARIN County, California.

On the date of 03/05/08 I served the NOTICE OF CHANGE OF ADDRESS & NEW RESPONDENT
(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at
(location) San Quentin S.P. (city) San Quentin
MARIN County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

STATE OF CA., OFFICE OF THE ATTORNEY GENERAL / 450 Golden Gate Ave / S.F. Ca. 94102-3658

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 03/05/08

_____
(Signature of person mailing)
DUANE A. SINGLETON
(Name of person mailing, typed or printed)



Max Duane A. Singleton
C.O.C. # G-07113
San Quentin, S.Q.
San Quentin, CA. 94964

CONF DEPT LEGAL

U.S. Dist Clk, U.S.
Off. of dk, U.S.
20 Ct. St.
450 Golden Gate
Northern Dist. of
S.F., CA.
CV141? - 94113

3/5/08