IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A SINGLETON, )<br>        Petitioner, )<br>  vs. )<br>SANTA RITA COUNTY JAIL, )<br>        Respondent. )<br>_____ ) | No. C 07-5969 VRW (PR)<br><br>ORDER<br><br>(Doc # 8) |

Petitioner's motion (doc #8) to have the filing date for docket item number 6 changed from January 7, 2008 to December 24, 2007, to reflect application of the "mailbox rule," is DENIED. The court, not the clerk, will apply the mailbox rule, if necessary.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Singleton, D1.or1.wpd