UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SINGLETON,

          Plaintiff,

  v.

SANTA RITA COUNTY JAIL et al,

          Defendant.

Case Number: C07-5969 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duane A. Singleton G7113
San Quentin State Prison
San Quentin, CA 94964

Dated: March 18, 2008

          Richard W. Wieking, Clerk
          By: Cora Klein, Deputy Clerk

*Cora Klein*