1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5954
     Fax:  (415) 703-1234
8    Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

10

11              IN THE UNITED STATES DISTRICT COURT

12          FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15  **DUANE A. SINGLETON,**                    C 07-5969 VRW (PR)

                                   Petitioner,   **APPLICATION FOR
16                                               EXTENSION OF TIME TO
                                                 FILE ANSWER**
17        v.

    **SANTA RITA COUNTY JAIL,**
18
                                   Respondent.
19

20

21          For the reasons stated in the accompanying declaration of counsel, respondent hereby

22  requests a 60-day extension of time until June 13, 2008, in which to file the answer to the

23  petition for writ of habeas corpus in this case.  As explained in the declaration, counsel is unable

24  to meet the current deadline due to work on previously assigned cases.  A stipulation has not

25  been sought because petitioner is an incarcerated state prisoner who is representing himself.

26

27

28

1          WHEREFORE, respondent respectfully requests this Court to grant an extension of

2    time to and including June 13, 2008.

3          Dated:  April 10, 2008

4                    Respectfully submitted,

5                    EDMUND G. BROWN JR.
                Attorney General of the State of California

6                    DANE R. GILLETTE
                Chief Assistant Attorney General

7                    GERALD A. ENGLER

8                    Senior Assistant Attorney General

9                    PEGGY S. RUFFRA
                Supervising Deputy Attorney General

10

11

12                   /s/ Jill M. Thayer
                JILL M. THAYER

13                   Deputy Attorney General
                Attorneys for Respondent

14

15   40239752.wpd

16   SF2008400593

17

18

19

20

21

22

23

24

25

26

27

28

Application for Extension of Time                 Singleton v. Santa Rita County Jail
                                            C 07-5969 VRW (PR)