EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5954
  Fax:  (415) 703-1234
  Email:  Jill.Thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DUANE A. SINGLETON,** <br><br> Petitioner, <br><br> v. <br><br> **SANTA RITA COUNTY JAIL,** <br><br> Respondent. | C 07-5969 VRW (PR) <br><br> **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER** |

I, JILL M. THAYER, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am presently assigned to represent respondent in this habeas corpus action.

Petitioner is a state prisoner who is currently incarcerated at San Quentin State Prison in San Quentin, California, as the result of a no contest plea to possession of a controlled substance.

By an Order to Show Cause issued on February 13, 2008, respondent was ordered to file an answer on or before April 14, 2008.  I am unable to meet the current deadline for filing

the answer because of my work on previously assigned cases. In the past 30 days, I have filed an answer to an order to show cause in a previously assigned case, a petition for rehearing in the California Court of Appeal, and a reply to an opposition to a motion to dismiss in federal court. I will be out of the office for several days next week to travel to Minnesota to help my siblings choose a hospice for my mother, whose health is deteriorating.

I have not attempted to contact petitioner, who is representing himself in this proceeding, because he is incarcerated and cannot be conveniently reached.

Wherefore, I respectfully request that this Court grant respondent an additional 60 days, to and including June 13, 2008, to file an answer in this case.

Executed at San Francisco, California, on April 10, 2008.

    /s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General

40239754.wpd
SF2008400593

Decl. of Counsel in Supp. of App. for Ext. of Time to File Answer    Singleton v. Santa Rita County Jail
C 07-5969 VRW (PR)

2