IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DUANE A. SINGLETON,** | C 07-5969 VRW (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **SANTA RITA COUNTY JAIL,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until June 13, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: _____     _____
The Honorable Vaughn R. Walker