1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                               SAN FRANCISCO DIVISION

11

| | |
|---|---|
| **DUANE A. SINGLETON,** | C 07-5969 VRW (PR) |
| Petitioner, | ~~**[PROPOSED]**~~ **ORDER** |
| **v.** | |
| **SANTA RITA COUNTY JAIL,** | |
| Respondent. | |

17

18         GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until

19 June 13, 2008, to file an answer to the petition for writ of habeas corpus.  Petitioner may file a

20 traverse within 30 days of his receipt of the answer.

21

22 Dated: _____April 14, 2008_____

23                                                          _____
                                                            The Honorable Vaughn R. Walker

24

25                                                          GRANTED

26                                                          Judge Vaughn R Walker

27

28

[Proposed] Order                                                    Singleton v. Santa Rita County Jail
                                                                    Case No. C 07-5969 VRW (PR)