1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-5954
    Fax:  (415) 703-1234
8   Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
   **DUANE A. SINGLETON,**                    C 07-5969 VRW (PR)
14
                                Petitioner,
15
          **v.**
16
   **SANTA RITA COUNTY JAIL,**
17
                                Respondent.
18

19

20

21           **AMENDED DECLARATION OF SERVICE BY U.S. MAIL**

22

23

24

25

26

27

28

## AMENDED DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Singleton v. Santa Rita County Jail**

No.:    **C 07-5969 VRW (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004.

On <u>April 24, 2008</u>, I served the attached

**APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER**

**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER**

**[PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

Duane A. Singleton
G07113
San Quentin State Prison
San Quentin, CA 94964

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 24, 2008, at San Francisco, California.


|  |  |
|---|---|
| S. Agustin | /s/ S. Agustin |
| Declarant | Signature |

40245769.wpd