DEAREST
COURT CLERK -
VIA #: 3:07-CV-
05969-VRW
- DO PLEASE NOW
SUPPLY ME, WITH
AN CURRENT CIVIL
DOCKET SHEET

SINCERELY

APR. 14th, 2008

RECEIVED
08 APR 25 PM 1:23

C₆C⃰

1 of 1.



MR. DUANE A. SINGLETON
S.Q.C.# G07113
S.Q.C. #
Quentin S.Q.
Quentin, CA.
94964

OFF. OF
Dist. Ct.
N. CA.
450 Golden Gate Ave
S.F., CA., 94102

NORTHERN
S.F., CA. 94110

NSF
SAN QUENTIN
STATE PRISON

CALIFORNIA ([seal])

2W/02

UNITED STATES POSTAGE
PITNEY BOWES
02 1M $ 00.41°
0004248283
MAILED FROM ZIP CODE 94964
APR 24 2008