IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUANE A. SINGLETON,
   Petitioner,

VS.

No. C07 5969 VRW
VRW (PR)

WARDEN R. AYERS,
   Respondent.

OPPOSITION TO APPLICATION FOR EXTENSION OF TIME TO FILE ANSWER AND REQUEST TO HOLD RESPONDENT IN DEFAULT VIA EQUITY

INSHORA SABO

1 of 10.

1  RESPONDENT GERMANE
2  APPLICATION IS OUTRAGEOUS
3  AND UNTIMELY ACT OF
4  QUIBBLING VIA TACTICS
5  DELATOR RIGHT-DO TOO SAID
6  RESPONDENTS DOJA
7  PLACING SAID MAIL
8  DEURGE IN THE MAIL
9  UNIT 04/24/08
10 WHICH CAUSED ME
11 NOT TO RECEIVE
12 SAME UNTIL FRIDAY
13 04/25/08 — WHEREBY
14 I AM SIMPLY NOT ABLE
15 THIS INSTRUMENTIONS
16 LAW AGAINST BRADY UNTIL
17 MONDAY 04/28/08 TO
18 TO COMPLETE THE
19 NECESSARY COPIES OF
20 THIS DEURGE TO AND
21 INCLUDING THE
22 GERMANE AND MATERIAL

2 of 10.



3 of 10.

1  SUBJECTED UNTO THE
2  HARMS OF HIS CONT. REMAINING, NOTE
3  THIS CAN NOT
4  THE OUTCOME BE
5  SUGGESTED RELEASED AT
6  PENDING OUTCOME THIS
7  OUTCOME OF A RESPONDENTS
8  SARO PETITION
9  AND SARO'S
10 LOWER COURTS DECISION ON
11 SA30 REQUESTING WITHIN
12 CONTESTED AMOUNT OF
13 COPY WAS NOT 8 CAL P.C. §
14 1272 & IN CONCERT
15 APPEARANCE OR BAIL
16 IS REQUIRED TO
17 PRO PER DEFENDANT

4 of 10.

TO GO FREE PENDING APPEAL OF ERROR. SEE/
VACATION OF JUDG. 2 Cochran
980. RAMP. 2 Dict. 193. 1112
ADAMANT. 860, 297 &
631.

ADAMANT INSISTING UNTO
THE JUDG.'S STATEMENT SAID
ATTEMPTED ACT, PETITIONER,
NO CO-CONSPIRATOR IS PRESENT IN
THIS PROCEEDING,
BECAUSE HE IS
INCARCERATED
AND CANNOT BE
CONVENIENTLY IN CONTACT
IS PERIOD AT SERVICE
AT CONFERENCE CALL
MESSAGE, OR VISIT.

5 of 10.

PRESENT, SAID ESQ., NO LONGER HAS STANDING TO AN UNTIMELY EX PARTE EXTENSION OF HIS TIME TO RESPOND HEREIN, SAID REQUEST BE NOW GRANTED BASED ON MERITS OF SAID DEVICE.

WHILE AS TO THE NOTARIZATION EXHIBITS (EX. BB &) VERIFICATION OF DEP. J.R. TUTTLE, VIA MY SENDING

6 & 10.

```
 1  FOR DOUGLAS WRETS
 2  #11186730, #11186408
 3  #11186733,       SEP. 10, 2007
 4  _____
 5  EXHIBIT 3. JOF CA.
 6  DEPUTY, JUSTIN MIGUEL,
 7  _____ SENDING
 8  NOTIFICATION FOR
 9  DOUGLAS WRETS GOING
10  TO DOUGLAS S. CT.
11  #11186730,
12  SEP. 10, 2007
13  _____
14  OUR REQUEST TO TAKE
15  JUDICIAL NOTICE
16  F.R.E.V.C. # 452 AND
17  DEFENDANT'S REQUEST IN
18  #11186733, #11186408
19  DENIAL.   EXHIBIT
20            FILED
```

7 & 10.

Jan. 30, 2008/A119549/
S159353 WHEREAT,
SAFEWAY OF SABO
DEVICES (EXHIBIT O.)
(i.e., A118808) VIA THE
GERMANE WRIT OF
HABEAS CORPUS, THE CA. S.
CT. WAS AFFORDED
A SECOND OPPORTUNITY
TO REVIEW THIS
ACTION AMONGST AUGITUR
OR, IN RE: SABO, A THING ITSELF.
SPEAKS FOR ITSELF. THE
GERMANE, THEREFORE, BE
SQUEEZED NEED AN EXHIBIT
ON IT'S BACK FACE GERMANE
COPY, AFTER AFFIXED TO HIS
NOW ALSO REQUEST, I

8 of 10.

THAT THIS HONORABLE COURT PRESENT THIS DEVICE SHOULD BE TIME OUT FOR LEO WHAT NOW SERVING THE GERMANE RESPONDENT NOR REACHING THE BEGIN GERMANE EXTRATM. NOW THAT NOT A LIEU RELEVANT AT THIS COSTLIES, BUT THIS INSTALLATION NOR ONE, I AM HOPING NECESSARY FOR OSTIAN SATO SHALL PROMPTLY SERVICE SATO AND FILE SATO EXHIBITS WITH ING COURT.

9 of 10.

I, THE UNDERSIGNED HEREBY CERTIFY THAT THE HEREIN ENTAILED FACTS ARE TRUE AND CORRECT. THIS DEVICE WAS EXECUTED ON APR. 25th, 2008 AT SAN QUENTIN, CA.

*[signature]*

NO. C07 5969
VRW (PR)

## PROOF OF SERVICE BY MAIL

I, DUANE A. SINGLETON declare:

I am, and was at the time of the service hereinafter mentioned, over the age of 18 years and not a party to the above-entitled cause. My (residence or business) address is

DUANE A. SINGLETON #607113
S.Q.S.P. San Quentin, CA. 94964

and I am a resident of, or employed in, MARIN County, California.

On the date of APR 26 2008 I served the

OPP. TO APP'Q. FOR EXTEN. V/O
ANSWER & REQUEST TO FIND
RESPON. IN DEFAULT.

(exact title of document(s) served)

by depositing a copy of the document(s) in the United States mail at (location) S.Q., S.P., (city) S.Q., CA,

MARIN County, California in a sealed envelope, with postage fully prepaid, addressed as follows: (In the space below insert the name and mailing address of each person you are serving with these documents. If the person is a party to the action or an attorney for a party, indicate that with the address).

OFF. OF CLK., U.S. DIST. CT.
NORTHERN DIST. OF CA.
450 Golden Gate AVE
S.F., CA. 94102

At the time of mailing there was regular delivery of United States mail between the place of deposit and the place of address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/26/08

(Signature of person mailing)

DUANE A. SINGLETON
(Name of person mailing, typed or printed)

MR. DUANE R. BRANOE
C.D.C. # G-07113
San Quentin, S.P.
San Quentin, CA
94964

APR 28 2008

CONFIDENTIAL LEGAL

MAIL



APR 28 2008

OFF. OF CLK.;
U.S. DIST CT.
NORTHERN D.ST.
OF CA.
450 Golden Gate Ave
S.F., CA.
94102