FILED

MAY 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES
DISTRICT COURT FOR THE
NORTHERN DISTRICT
OF CALIFORNIA

DUANE A. SINGLETON,
    Petitioner,
                        No. C 07 5969
    VS.                 VRW (PR)

Warden R. AYERS,
    Respondent.

AMENDED OPPOSITION
OPPOSITION, TO APPLICAT-
DEFAULT ION FOR
REQUEST WITH EXTENSION OF
GERMANE TIME TO FILE
EXHIBIT'S. ANSWER
                        AND NOT REQUEST
                        RESPONDENT
                        IN DEFAULT
                        VIA COURT.

INSHORT, SAZO

1 of 10.



2 of 10.





4 of 10.

TO GO FREE PENDING
WRIT OF ERROR. SEE
_Ex parte United States_,
242 U.S. ..., 112
Cal. App. ...

5 of 10.

6 of 10.



7 & 10.



8 of 10.



9 of 10.

WHY NOT ONE DECLARATION VIA RESPONDENTS MAGIC ACT — IS SIGNED, IN AN EQUIVALENT DEVICE — OF THE SAME ILK — ON — THEY'VE LOTS OF NERVE.

I, THE UNDERSIGNED, HEREBY CERTIFY THE FACTS ARE TRUE AND CORRECT EXECUTED IN SAN QUENTIN, CA. ON APR.

_Mr. Dann H. Taylor_ (signature)

10 of 10.