Case 3:07-cv-05969-VRW     Document 18-2     Filed 05/01/2008     Page 1 of 3

EXHIBIT A

# VERIFICATION

I, R. TUTTLE #1866

DID ON SEP. 10, 2007 OBTAIN LEGAL MAIL NAMELY, WRIT'S A118730, A118808, A118673, A118422 FROM C/M, SINGLETON, A1X572 ADDRESSED AS FOLLOWS: SUPREME COURT OF CALIF., 350 McALLISTER ST. S.F., CA. 94102-4797 UNDER THE MAIL BOX RULE (i.e., FILING DATE SHALL BE DATE

1 of 2.

DATE SHALL BE DATE TURNED OVER TO CUSTODY USA MARSHALS.)

X [signature] #1891