EXHIBIT B.

VERIFICATION

I, J. MIGUEL #1391

DID ON SEP. 20, 2007 OBTAIN LEGAL MAIL NAMELY, "APPLICATION FOR RELIEF FROM DEFAULT'S" A118808, AND A118730. FROM R/M. SINGLETON, A1X572 ADDRESSED AS FOLLOWS: SUPREME COURT OF CALIF., 350 McALLISTER ST. S.F., CA. 94102-4797 UNDER THE MAIL BOX RULE (i.e., FILING

p.2

TURNED OVER TO CUSTODY U&A MASLANG.)

X [signature] #603  091607

282.