EXHIBIT (C.)

DEAR CHIEF JUSTICES' HE AM PRESENTLY IN POSSESSION OF AN GERMANE AND MATERIAL VERIFICATION SIGNED DUCUMENT #1891' REFLECTING THE FACT THAT ON DID ON SEP. 20, 2007 TURN IN TO THE APPRECIATIONS FORWARDE REF FROM DEPARTMENT A118703 GERMANE A118780 AS FORWARD TO THE SAME TREMA DID CNOCLIA OVER A SAME THE CITIFER TWO OF GERMANE ISSUES NAME A118422 AND A118673 FORWHICH THAT DID IN

2 of 5.



WHILE ... CITING,
... F.2d ... 37 Ca. 2,
1991 "READINGS OF
... INMATE
... BE CONSTRUED
LIBERALLY.

THIS BY NO MEANS
SHOULD 8 BECOME
SUBJECTED UNTO THE
HEREIN NOTED HARMS

AGAIN ... NOW
... REQUEST
THIS HONORABLE COURT
... EXTEND UNTO ...
... GERMANE ... AND
... REQUESTED
... AND
... AT ...
... RELEVANT

4 & 5.



VERIFICATION

I, D.A. SINGLETON, am the petitioner in the above-entitled proceedings. I HAVE REVIEWED THE HEREIN ENTITLED READING FOR WHICH, KNOW TO BE TRUE & CORRECT.

I declare under penalty of perjury that the foregoing is true and correct. This device was executed on OCT. 15th, 2007 at Dublin, California.

Mr. Duane A. [signature]

IN PRO SE

VERIF. E.J.C.S
452 REMEDY
DEFAULT.

1 of 1



(i.e., X HATE GRIEVANCE #)

## INMATE GRIEVANCE RESPONSE

COPY

GRIEVANCE TRACKING NUMBER:   **07G–S1582**

INMATE:   **Singleton, Duane**    PFN:   **ALX572**   HOUSING UNIT LOCATION:   **8F05**

GRIEVANCE IS    AFFIRMED: _____    DENIED: **XX**    WITHDRAWN: _____    RESOLVED: _____    REFERRED: _____

**If grievance is denied, give reason for denial. If affirmed, state what corrective action will be taken (if applicable):**

These findings are based on a review of your grievance dated **October 15, 2007,** and information collected from Santa Rita Jail Staff. In your grievance, you made the following claim(s):

You claim that a WRIT filed by you was not received by the court.

**Response:**

The Grievance Unit contacted Inmate Services who confirmed that your WRIT was received and mailed on September 21, 2007, to the address you wrote on the envelope.

Your grievance is **DENIED**.

COPY

Investigating Supervisor: Barry S. Quin, Sergeant (60~ #713A)    Date:   **11/15/07**

Inmate's Signature: _____    Date: 11/7/07

Do you wish to appeal this ruling?    Yes ___    No ___    Refused to Answer    Date: 11/7/07

Appeal Officer: _____    Recommendation: Concur    Date: 11/19/07

Reason for affirmation or denial: (If different from above)

Commanding Officer: _____ #806    Recommendation: Concur    Date: 11/19/07

ML52 (Rev.01/01/05) BSQ/jrj    **ENTERED NOV 2 0 2007**

## ALAMEDA COUNTY SHERIFF'S DEPARTMENT
### SANTA RITA JAIL
### INMATE GRIEVANCE FORM

NAME: DUANE A. SINGLETON

PFN: AX572

HOUSING UNIT: 8/F/5

DATE: OCT. 15, 2007

NATURE OF GRIEVANCE: (Give specific details)

*[handwritten text, largely illegible]* ... EVERY GERMANE AND EACH AND RESPONSIBLE PERPETRATOR BE PRESENTLY ADDRESSED ... ON ... SEP ... 2007 ... DID TURN IN LEGAL MAIL TO ... APPLICATION FOR RELIEF FROM DEFAULT ... IN THE MATTERS OF A118703 (i.e. ... OF MANDATE/ PROHIBITION ...) AND A118808 (i.e. ... OF ERROR ...) ADDRESSED TO THE SUPREME COURT OF CALIFORNIA 350 McALLISTER ST. SF, CA. 94102 ...

*[handwritten text, largely illegible]* ... AFTER ... HAVE SAID ... SEP ... ADDED ... 2007 FOR ... ADDED ON OCT. 15 ... 2007 ... DATE OCT. 15, 2007 ...

*** DO NOT WRITE ON THE BACK OF THIS FORM, USE ANOTHER FORM, WRITE PAGE 2

SIGNATURE: *[signature]*

*** DO NOT WRITE BELOW THIS LINE — ADMIN USE ONLY ***

RECEIVED BY DEPUTY: R. TUTTLE    BADGE #: 1508    DATE: 10/16/07

[ ] RESOLVED—INMATE ACCEPTANCE: _____    [ ] CAN NOT BE RESOLVED AT THIS LEVEL
      Explain resolution on reverse side.      Draw tracking number from CP-11

FORWARDED TO SGT. _____    TRACKING NUMBER: 076-51587

Copies:  White — Staff Use
         Yellow — Inmate Receipt Copy                    ML-51 (rev 5/94)

**ALAMEDA COUNTY SHERIFF'S DEPARTMENT**
**SANTA RITA JAIL**
**INMATE GRIEVANCE FORM**

NAME: DUANE A. SPINGLETON          PFN: AX 572

HOUSING UNIT: 8/F/5               DATE: OCT, 15, 2007

NATURE OF GRIEVANCE: (Give specific details) JUST NOW
ABLE TO SPEAK WITH ONE
MRS. A ALLEN WHO OF THE
RS IS VANT CLERK CLERK FROM
CONFIRMED ME THAT SAID
DISTRICT STATE IN FACT IS BEEN
DEFAULTED BECAUSE THIS COURT
HAS NEVER REGISTERED SAID
INMATE IN AND/OR FROM
SANTA RITA COUNTY JAIL.

I AM NOW ILLEGALLY SUBJECTED
UNTO SAID APPRECIABLE
HARMS.

\*\*\* DO NOT WRITE ON THE BACK OF THIS FORM. USE ANOTHER FORM, WRITE PAGE 2

SIGNATURE: _____

\*\*\* DO NOT WRITE BELOW THIS LINE - ADMIN USE ONLY \*\*\*

RECEIVED BY DEPUTY: T. TUTTLE          BADGE #: 687   DATE: 10/16/07

[ ] RESOLVED-INMATE ACCEPTANCE:_____ [X] CAN NOT BE RESOLVED AT THIS LEVEL
    Explain resolution on reverse side.    Draw tracking number from CP-11

FORWARDED TO SGT. _____     TRACKING NUMBER: C76-5/582

Copies: White   - Staff Use
        Yellow - Inmate Receipt Copy                    ML-51 (rev 5/94)