MR. DUANE A. SINGLETON
C.D.C. # G07113
San Quentin, S.P.
San Quentin, CA.
94964

CONFIDENTIAL LEGAL
MAIL



OFF. of The Clk., U.S. Dist. Ct.
NORTHERN DIST. OF CA.
450 Golden Gate Ave
S.F., CA.
94102