DEAREST COURT CLERK MADAM/SIR. I AM NOW RETREATING ACTION 3:07-CV-05969-VRW — DO NOW BE KIND ENOUGH TO SUPPLY ME, WITH AN COMPLETE COPY OF YOUR LOCAL RULES OF COURT. & A DOCKET SHEET CURRENT UP TO 05/1ˢᵗ/2008. SINCERE

[Signature]

MAY 1ˢᵗ, 2008

RECEIVED
08 MAY -6 PM 12:18
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C&C.            1 & 1.



Max Quang R. Singleton
C.D.C. # G-07113
San Quentin, S.P.
San Quentin, CA.
94964
Confidential Legal
Mail

OFF. OF CLK, U.S. Dist. Ct.
Northern Dist. of CA.
450 Golden Gate Ave.
S.F., CA. 94102