EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5954
  Fax:  (415) 703-1234
  Email:  Jill.Thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DUANE A. SINGLETON,** | C 07-5969 VRW (PR) |
| Petitioner, | **ANSWER TO ORDER TO SHOW CAUSE** |
| v. | |
| **ROBERT L. AYERS, JR., Warden** | |
| Respondent. | |

Respondent hereby provides this answer to the order to show cause why the petition for writ of habeas corpus should not be granted:

**CUSTODY**

Petitioner is lawfully in the custody of the California Department of Corrections and Rehabilitation[1] as the result of a conviction in Alameda County Superior Court case number

---

1. Petitioner is currently incarcerated at San Quentin State Prison in San Quentin, California. Docket No. 9. It is unclear whether petitioner is incarcerated for a probation revocation in the underlying case or a conviction in an unrelated matter. Respondent moves to substitute in the name of the current warden of San Quentin State Prison, Robert L. Ayers, Jr., as respondent. *See* Fed.

519203. Petitioner pled no contest to possession of a controlled substance (Cal. Health & Saf. Code, 11350(a)) and the trial court granted three years formal probation on June 2, 2006.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that petitioner is in custody in violation of the Constitution or laws or treaties of the United States.  Respondent specifically denies that petitioner is entitled to federal habeas relief based on an alleged violation of California Penal Code section 825, the deprivation of his constitutional rights prior to his plea, or any alleged errors in the state post conviction review process, or that petitioner received ineffective assistance of counsel.

## PROCEDURAL ISSUES

Although petitioner has not exhausted his claims in state court, respondent requests this Court to deny the petition on the merits notwithstanding the failure to exhaust.  28 U.S.C. § 2254(b)(2).  His petition is timely within the meaning of 28 U.S.C. § 2244 (d).

## LODGED DOCUMENTS

Since petitioner did not appeal his conviction, respondent does not have a copy of the state trial court record.  A copy of the record is not necessary for a determination of the issues presented by the petition.  For ease of reference, respondent has attached pertinent portions of the exhibits to the instant petition as an exhibit to the memorandum of points and authorities, which respondent incorporates by reference in support of this answer.

---

Rules Civ. Proc. 25(d)(1).

Answer to Order to Show Cause                                          Singleton v. Santa Rita County Jail
                                                                                           C 07-5969 VRW (PR)

**CONCLUSION**

WHEREFORE, respondent respectfully submits that the petition for writ of habeas corpus should be denied.

Dated: June 9, 2008

    Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General
Attorneys for Respondent

40258220.wpd
SF2008400593