**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                   General Court Number
Clerk                                                                        415.522.2000

June 24, 2008

RE: <u>07</u> CV    <u>5969 VRW</u>

MANUAL FILING NOTIFICATION

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[x] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description): _____

[ ] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[ ] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[ ] Other (description): _____

RICHARD W. WIEKING, Clerk

by _____*Gwen S. Agid*_____
         Deputy Clerk