DECLARATION OF SERVICE BY MAIL

07-5969 VRW

FILED
JUN 30 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, DUANE A. SINGLETON, UNDERSIGNED, DECLARE:

I AM OVER THE AGE OF 18 YRS., A CITIZEN OF THE UNITED STATES OF AMERICA, AND AM A PARTY TO THE CAUSE WITHIN. MY RESIDENCE ADDRESS IS:

CDC# G07113
San Quentin, S.P.
San Quentin, CA. 94974

ON JUNE 26th, 2008, I SERVED THE FOLLOWING DOCUMENT:

REQUEST TO OBTAIN LEAVE OF COURT VIA DISCOVERY.

ON THE PARTIES AND AT

DEC.                    1 of 3.

THE ADDRESSES DESCRIBED BELOW BY PLACING THE PLEADING IN A SEALED ENVELOPE, WITH POSTAGE FULLY PREPAID, AND PRESENTED SAID ITEM TO CORRECTIONS DEPARTMENT STAFF FOR MAILING IN THE UNITED STATES MAIL AS PER THE RULES AND REGULATIONS GOVERNING OUT-GOING MAIL AT SAN QUENTIN STATE PRISON.

U.S. DIST. CT.
NORTHERN DIST. OF CA.
450 Golden Gate AVE S.F.,
CA. 94102.

DEPARTMENT OF JUSTICE
OFF. OF THE ATT. GEN.
455 Golden Gate AVE Suite
11000 S.F., CA. 94102-
3664

DEC.                    2 of 3.

I DECLARE UNDER
PENALTY OF PERJURY
THAT THE FOREGOING
IS TRUE OF MY OWN
PERSONAL KNOWLEDGE.
EXECUTED ON THIS 26th
DAY OF JUNE, 2008, AT
SAN QUENTIN, CA
COUNTY OF MARIN.



DEC.                    3 of 3.

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUANE A. SINGLETON,
Petitioner,

V.S.

Warden R. AYERS,
Respondent.

No. C07 5969 VRW (PR)

REQUEST TO OBTAIN LEAVE OF COURT VIA INVOKING THE PROCESS OF DISCOVERY △ 28 U.S.C.A § 2254 RULES 6, 6(a), & 6(b).

DISC.

1 of 3.

COMES NOW PETITIONER VIA THE REQUEST FOR PRODUCTION OF THE FOLLOWING GERMANE AND MATERIAL DOCUMENTS.

FIRSTLY, THE "TRUE" RELEVANT TRANSCRIPT OF HABEAS CORPUS NOBIS HEARING IN SAID SUPERIOR COURT, WHICH SHALL PROPERLY PROVE SAID RELATED CLAIM.

SECOND, AN "TRUE" COPY OF SAID POST-CONVICTION TRANSCRIPT LODGED IN APPELLATE ONE COURT, WHICH SHALL PROPERLY PROVE SAID RELATED CLAIM.

LASTLY, AN "TRUE"

DISC.

2 of 3.

COPY OF THE GRAVAMAN AND MATERIAL CASES FILE, WHICH SHALL CLEARLY PROVE EACH STATED CLAIM).

I, THE UNDERSIGNED, HEREBY CERTIFY THAT THE HEREIN ENTAILED FACTS ARE TRUE AND CORRECT. THIS DEVICE WAS EXECUTED ON JUNE 26th, 2008 SAN QUENTIN, CA.

*[signature]*

DISC.

3 of 3.