RECEIVED

JUL -7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAREST COURT CLERK

VIA CASE NO. C07 5969 VRW (PR) DO NOW PLEASE BE KIND ENOUGH TO SUPPLY ME, WITH AN CURRENT DOCKET SHEET.

SINCERELY

JULY 2nd 2008

*[signature]*

FILED
JUL -7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C.C.

1 of 1.



Rx Duane A. Singleton
C.D.C. # G07113
San Quentin S.P.
San Quentin, CA.
94964

CONFIDENTIAL LEGAL MAIL

Clk. U.S. Dist. Ct.
Northern Dist. of CA.
450 Golden Gate Ave.
S.F., CA. 94102

7-7-08