RECEIVED
JUL 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAREST COURT CLERK, DO NOW BE GRACIOUS ENOUGH TO SUPPLY ME, WITH AN CURRENT CIVIL DOCKET SHEET USA NO. C07 5969 VRW (PR)

SINCERELY

July 15th, 2008

[signature]

C.C.

1 of 1.



*[Signature and date "7-15-08"]*