IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUANE A SINGLETON,            )<br>            )<br>   Petitioner,            )<br>            )<br>   vs.            )<br>            )<br>ROBERT L AYERS, Warden,            )<br>            )<br>   Respondent.            )<br>_____ ) | No C 07-5969 VRW (PR)<br><br>ORDER DENYING<br>CERTIFICATE OF<br>APPEALABILITY<br><br>(Doc # 30) |

      Petitioner has filed a notice of appeal and request for a certificate of appealability pursuant to 28 USC § 2253(c) and Federal Rule of Appellate Procedure 22(b).  A certificate of appealability (doc # 30) is DENIED because petitioner has not made "a substantial showing of the denial of a constitutional right."  28 USC § 2253(c)(2).  Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  <u>Slack v McDaniel</u>, 529 US 473, 484 (2000).

      The clerk shall forward to the court of appeals the case file with this order.  See <u>United States v Asrar</u>, 116 F3d 1268, 1270 (9th Cir 1997).

      SO ORDERED.

                                                  VAUGHN R WALKER<br>
                                                  United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Singleton, D1.coa.wpd